# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA       :          CRIMINAL ACTION

v.                             :

MARCEL KENYATTA MAYS           :          NO. CR201-036-01

O R D E R

Upon consideration of the letter written by Defendant requesting severance of his restitution amount from his codefendant, Jose Linares, and a change of his scheduled restitution payments, and the response by the Government, the same is hereby **DENIED** without prejudice.

SO ORDERED, this ____6th____ day of June, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA